# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## OFFICE OF SPECIAL MASTERS
### No. 10-688V
### Filed: March 22, 2013

* * * * * * * * * * * * * * * * * * * * * * * * *

FRANCIS KRAVETZ,          *

                        *

        Petitioner,      *

v.                      *       Attorney Fees and Costs,

                        *       Stipulation

                        *

SECRETARY OF HEALTH    *

AND HUMAN SERVICES,    *

                        *

        Respondent.    *

* * * * * * * * * * * * * * * * * * * * * * * * *

Lawrence Cohan, Esq., Anapol, Schwartz, Philadelphia, PA, for petitioner.
Jennifer Reynaud, Esq., U.S. Dept. of Justice, Washington, D.C., for respondent.

## DECISION ON ATTORNEY FEES AND COSTS[1]

**Vowell,** Special Master:

       In this case under the National Vaccine Injury Compensation Program,[2] I issued a decision on October 2, 2012, awarding compensation pursuant to the parties' joint stipulation. On March 21, 2013, the parties filed a stipulation for attorney fees and costs. Petitioner has separately submitted an accounting of his attorney's hours and expenses. Pursuant to General Order #9, petitioner indicates that he did not incur any costs in pursuit of his claim. Further, the stipulation indicates that after informal discussions of petitioner's initial request, petitioner requests an amended amount to which respondent does not object.

       I find that this petition was brought in good faith and that there existed a reasonable basis for the claim. Therefore, an award for fees and costs is appropriate,

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, I intend to post this decision on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002, Pub. L. No. 107-347, § 205, 116 Stat. 2899, 2913 (codified as amended at 44 U.S.C. § 3501 note (2006)). In accordance with Vaccine Rule 18(b), a party has 14 days to identify and move to delete medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will delete such material from public access.

[2] The applicable statutory provisions defining the Program are found at 42 U.S.C. § 300aa-10 *et seq*. (2006).

pursuant to 42 U.S.C. §§ 300aa-15(b) and (e)(1). Further, the proposed amount seems reasonable and appropriate. **Accordingly, I hereby award the total $25,017.00 as a lump sum in the form of a check payable jointly to petitioner, Francis Kravitz, and petitioner's counsel of record, Lawrence Cohan, for petitioner's attorney fees and costs.**

In the absence of a timely-filed motion for review filed pursuant to Appendix B of the Rules of the U.S. Court of Federal Claims, the clerk of the court shall enter judgment in accordance herewith.[3]

**IT IS SO ORDERED.**

**s/ Denise K. Vowell**
**Denise K. Vowell**
Special Master

---

[3] Entry of judgment can be expedited by each party's filing of a notice renouncing the right to seek review. *See* Vaccine Rule 11(a).